# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


FILED
CLERK, U.S. DISTRICT COURT
JUN 02, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Gustavo Luna-Ruiz,

    Petitioner,

v.

Eric Holder,

    Defendant.

United States of America,

    Plaintiff,

v.

Gustavo Luna-Ruiz,

    Defendant.

CV 14-2482-VAP
CV 13-5059-VAP-AJW

# JUDGMENT

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order Denying Petition for Writ of Habeas Corpus filed herewith, IT IS ORDERED AND ADJUDGED that the petition for a writ of habeas corpus is **denied** with prejudice.  The Court orders that such judgment be entered. Pursuant to 18 U.S.C. § 3184, the Court's prior certification of extraditability, and the Order Denying Petition for Writ of Habeas Corpus, it is hereby **ORDERED** that the existing bail and release order for Gustavo Luna-Ruiz be revoked, and that a warrant shall issue for his arrest and detention pending surrender to the government of Mexico.

**IT IS SO ORDERED.**

Dated:  6/2/17

Virginia A. Phillips
Chief United States District Judge